**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HUNG ANH NGUYEN** | **CIVIL ACTION** |
| **VERSUS** | **NO:   19-2092**<br>**c/w 21-1255** |
| **BP EXPLORATION & PRODUCTION INC.**<br>**AND BP AMERICA PRODUCTION**<br>**COMPANY** | **SECTION: "E" (4)** |

<u>**ORDER**</u>

Considering Plaintiff's, **Motion to Compel Compliance with Non-Party Subpoena (R. Doc. 68)**, to ensure that all parties have been noticed properly, the Plaintiff is directed to provide proof of service showing that the subject Motion to Compel (R. Doc. 68) was served on non-party Louisiana Environmental Action Network, Inc.

**IT IS HEREBY ORDERED** that Plaintiffs are to provide the Court proof of service **no later than ten (10) days from the signing of this order**.

New Orleans, Louisiana, this 11<u>th</u> day of August 2022.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**